# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00481-CV

### L. C. and S. B.-N., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 302,716-B, THE HONORABLE ALAN MAYFIELD, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on October 15, 2020. By request to this Court dated October 14, 2020, Paula K. Stone requested an extension of ten days.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Paula K. Stone is hereby ordered to file the reporter's record in this case on or before October 26, 2020. If the record is not filed by that date, Stone may be required to show cause why she should not be held in contempt of court.

It is ordered on October 19, 2020.


Before Justices Goodwin, Triana, and Smith